# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANETTE CORONADO ESCOBAR,<br><br>                              Plaintiff,<br>vs.<br>CAROLYN W. COLVIN,<br><br>                              Defendant. | CASE NO. 14cv2741- LAB (BGS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER OF DISMISSAL** |

This social security appeal was referred to Magistrate Judge Skomal for a report and recommendation ("R & R"). Judge Skomal's R & R on the cross motions for summary judgment recommends that Plaintiff Nanette Coronado Escobar's motion be denied and the Defendant Commissioner of Social Security's ("Commissioner") motion be granted. Objections to the R & R were due on January 19, 2016. No objections were filed.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This section does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn,* 474 U.S. 140, 149–50 (1985). The "statute makes it clear that the district

judge must review the magistrate judge's findings and recommendations de novo *if objection is made,* but not otherwise." *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003). The Court has nonetheless reviewed the R & R and agrees with its rationale and conclusions.

Plaintiff's motion for summary judgment is **DENIED**, and Defendant's motion for summary judgment is **GRANTED**.

**IT IS SO ORDERED**.

DATED: January 27, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge